JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| DAVID CARVER, an individual, | CV No. SA CV09-0658-DOC (ANx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| J. CARTER TUTWILER, an individual, | |
| Defendant. | Judge: Hon. David O. Carter<br>Courtroom: 9D |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: April 13, 2010

_/s/ David O. Carter_
Hon. David O. Carter
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2314/027813-0001
1084546.01 a04/12/10